# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 22-1276V

| | |
|---|---|
| BRITTANY FLORES,<br><br>　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: September 9, 2025 |

*Nancy R. Meyers,* Turning Point Litigation, Greensboro, NC, for Petitioner.

*Adam N. Muffett,* U.S. Department of Justice, Washington, DC, for Respondent.

### RULING ON ENTITLEMENT[1]

On September 12, 2022, Brittany Flores filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). On September 8, 2025, Petitioner filed an Amended Petition. (ECF No. 35). Petitioner alleges that she suffered Guillain-Barré syndrome ("GBS") after receiving an influenza ("flu") vaccination on September 15, 2019. Petition at 1. Petitioner also filed an amended petition on December 13, 2024, alleging that as a result of her flu vaccination, she suffered Bell's Palsy. Amended Petitioner at 1, 9 (ECF No. 28). The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On August 29, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent is satisfied that Petitioner has met the criteria for a Table GBS claim as set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation. *Id.* at 9.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master
